199 So. 911

**Jim KIMBRELL v. STATE.**

6 Div. 679.

Court of Appeals of Alabama.
Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.